FILED
APR 12 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-090 LJO/SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| MARCELA HEREDIA, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 06, 2017 be unsealed and become public record.

DATED: April 12, 2017

_____
Honorable BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

TYPE PLEADING NAME

2