McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
LAURA WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00090 LJO SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARCELA HEREDIA, | DATE: December 10, 2018 |
| Defendant. | TIME: 8:30 a.m. |
|  | COURT: Hon. Lawrence J. O'Neill |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial on November 27, 2018 at 8:30.

2. By previous stipulation, defendant moved to vacate the trial and set a status conference on December 10, 2018 at 8:30 a.m., and to exclude time between today's date, and December 10, 2018.

3. The Court granted the order based on the following:

    a) The government has represented that the discovery associated with this case includes over ten thousand pages of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant represents that the defendant, Marcela Heredia, is pregnant

with a due date between October 21, 2018 and the end of October. Ms. Heredia will be unable to adequately participate in trial preparation and will be unable to attend court for the long hours expected during trial given the recuperation needed for approximately six to eight weeks following childbirth. Counsel will provide medical information as needed.

    c) Additionally, counsel for the defendant's husband is scheduled for an anterior cervical discectomy and fusion on October 8, 2018 with a recovery time of six to eight weeks, and will need assistance from counsel for the defendant for his recovery.

    d) Based on the above medical conditions and availability of counsel, counsel for defendant desires additional time to review discovery with the defendant, prepare for trial, maintain continuity of counsel, and discuss resolution of the case.

    e) Additionally, due to the unpredictable nature of recovery after childbirth, Counsel for the defendant requests that the trial be vacated and a status conference be set. At the date of the next status conference, Counsel for the defendant and Counsel for the government believe that they will be in a better position to assess when this case should be set for trial.

    f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g) The government does not object to the continuance.

4. The parties now seek a further continuation to February 25, 2019 at 8:30 a.m. and move to exclude time under the speedy trial act between December 10, 2018 and February 25, 2019, based on the following:

    a) Counsel for defendant's husband is still facing a serious medical condition that requires counsel to provide him care. After his prior surgery, his complications did not subside and he has now been diagnosed with lymphoma. He is currently undergoing tests to determine the cause of the lymphoma. Counsel for defendant is attending medical appointments with her husband and helping him to recover after surgery. They also anticipate more procedures in the coming weeks.

    b) Due to both defense counsel and defendant HEREDIA's family care obligations

related to her pregnancy, defense counsel and defendant HEREDIA have not been able to review discovery and prepare for trial. In addition, because counsel for defendant's husband's medical situation and prognosis is developing, counsel for defendant will not be in a position to choose a trial date at on December 10, 2018.

        c)      An additional continuance would allow for the parties to choose an acceptable trial date in accordance with the Speedy Trial Act, review discovery, and continue plea negotiations with the government.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2018 to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 6, 2018                    McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ MEGAN A. S. RICHARDS
                                                MEGAN A. S. RICHARDS
                                                Assistant United States Attorney

| Dated: December 6, 2018 | /s/ CAROLINE MCCREARY |
|---|---|
| | CAROLINE MCCREARY |
| | Counsel for Defendant |
| | MARCELA HEREDIA |

**FINDINGS AND ORDER**

IT IS SO FOUND .

IT IS SO ORDERED.

| Dated: **December 6, 2018** | **/s/ Lawrence J. O'Neill** |
|---|---|
| | UNITED STATES CHIEF DISTRICT JUDGE |