McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00090-NONE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: March 27, 2020 |
| MARCELA HEREDIA, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on March 27, 2020.

2.      By this stipulation, the parties now move to continue the sentencing until May 22, 2020.

IT IS SO STIPULATED.


Dated: March 18, 2020                                  McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ LAURA D. WITHERS
                                                       LAURA D. WITHERS
                                                       Assistant United States Attorney

Dated: March 18, 2020

/s/ JAMES HOMOLA
JAMES HOMOLA
Counsel for Defendant
MARCELA HEREDIA

**ORDER**

IT IS SO ORDERED.

Dated: **March 18, 2020**

UNITED STATES DISTRICT JUDGE