JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
MARCELA HEREDIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 17 CR 90 NONE/SKO |
| vs. | STIPULATION AND PROPOSED ORDER TO CONTINUE |
| MARCELA HEREDIA, | |
| Defendant. | |

    Defendant MARCELA HEREDIA by and through her attorney James R. Homola, and the united States of America, by and through its attorney, Laura Withers, Assistant U.S. Attorney, hereby stipulate to the following joint request: that the sentencing hearing scheduled for July 9, 2020 be continued to October 16, 2020 at 8:30 am.  Delay in sentencing is waived per the Speedy Trial Act.

    The continuance is requested, in part, to permit Ms. HEREDIA to obtain letters of recommendation for submission to the court, and in anticipation of the opportunity to appear before the court in person, rather than by telephone alone.

DATED: June 23, 2020

    /s/ James R. Homola                    /S/ Laura Withers
    JAMES R. HOMOLA                       LAURA WITHERS
    Attorney for Defendant            Assistant U.S. Attorney
    MARCELA HEREDIA

**ORDER**

Pursuant to the stipulation of the parties, the intervening period of delay is excluded in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: __**June 23, 2020**__         _/s/ Dale A. Drozd_
                                      UNITED STATES DISTRICT JUDGE