IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case №: 1:17-CR-00090-1-NONE |
| Plaintiff,  ) | |
| )  | **O R D E R**  |
| vs.  ) | **APPOINTING COUNSEL** |
| ) | |
| MARICELA HEREDIA,  ) | |
| Defendant.  ) | |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Jay A. Nelson be appointed to represent the above defendant in this case effective *nunc pro tunc* to November 4, 2020 for her Appeal and in place of panel attorney, James Homola.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  __December 7, 2020__                              _____
                                                                                   UNITED STATES DISTRICT JUDGE

-1-