LAW OFFICE OF JAY A. NELSON
JAY A. NELSON, CA Bar No. 258431
637 SW Keck Drive, No. 415
McMinnville, OR 97128
Telephone: 503.857.0873

Attorney for Defendant/Appellant
MARCELA HEREDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff/Appellee,<br><br>      v.<br><br>MARCELA HEREDIA,<br><br>            Defendant/Appellant. | USDC No. 1:17-cr-00090-DAD-SKO-1<br>USCA No. 20-10416<br><br>**STIPULATION GRANTING APPELLATE COUNSEL ACCESS TO SEALED RECORDS; ORDER** |

1    UNSEALING STIPULATION AND
     [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that the following materials, which are currently under seal in whole or in part, shall be unsealed for the limited purpose of providing them to Defendant/Appellant Marcela Heredia's appellate counsel of record, Jay A. Nelson, and for no other purpose, by the clerk of the court and/or court reporter in the above-captioned case:

- Sealed portions of reporter's transcript dated December 11, 2019 (trial day one).

IT IS FURTHER STIPULATED that the foregoing materials shall be unsealed only for the limited purpose of providing them to attorney Jay A. Nelson, that these materials shall remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals shall be made under seal absent further Court order.

IT IS SO STIPULATED.

DATED: March 19, 2021                    */s/ Jay A. Nelson*
                                         JAY A. NELSON
                                         Attorney for Marcela Heredia

DATED: March 19, 2021                    */s/ Laura D. Withers*
                                         LAURA D. WITHERS
                                         Assistant United States Attorney


IT IS SO ORDERED.

   Dated:   **March 19, 2021**            _____
                                          UNITED STATES DISTRICT JUDGE